**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICANS UNITED FOR SEPARATION OF
CHURCH AND STATE
1310 L Street, N.W., Suite 200
Washington, D.C. 20005,

          *Plaintiff*,

      *v.*

UNITED STATES DEPARTMENT OF DEFENSE
1400 Defense Pentagon
Washington, D.C. 20301-1400,

          *Defendant*.

Civil Action No. 1:26-CV-983

## MOTION FOR ADMISSION OF AMY TAI *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(e), I, Jenny Samuels, an active member of the Bar of this Court and the D.C. Bar, sponsor and move for the admission and appearance of attorney Amy Tai *pro hac vice* in the above-captioned action. This motion is supported by the Declaration of Amy Tai and her certificate of good standing from the New York Bar where she is admitted and an active member in good standing.

Dated: March 24, 2026

        Respectfully submitted,

        /s/ Jenny Samuels
        Jenny Samuels (Bar No. 90024075)
        AMERICANS UNITED FOR SEPARATION
        OF CHURCH AND STATE
        1310 L Street, N.W., Suite 200
        Washington, D.C. 20005
        samuels@au.org
        (202) 466-7308